

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM and BROCKTON CONTRIBUTORY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DANIEL C. USTIAN, ROBERT C. LANNERT, MARK T. SCHWETSCHENAU, NAVISTAR INTERNATIONAL CORPORATION, and DELOITTE & TOUCHE LLP<br><br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07 C 7014<br>)<br>) Honorable Robert W. Gettleman<br>)<br>) Magistrate Nolan<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

WHEREAS, the Court, on March 18, 2008, entered a Preliminary Pre-Trial Scheduling Order; and

WHEREAS, Lead Plaintiffs, Norfolk County Retirement Systems ("Norfolk") and the Plumbers Local Union 519 Pension Trust ("Local 519"), moved this Court with the agreement of the Defendants by Notice of Motion dated May 1, 2008, to amend the Preliminary Pre-Trial Scheduling Order, and for good cause shown,

IT IS HEREBY ORDERED that the Preliminary Pre-Trial Scheduling Order is amended as follows: Lead Plaintiffs' consolidated complaint shall be filed on May 8, 2008; Defendants' answer or responsive pleading shall be filed on June 23, 2008; in the event Defendants file a

Motion to Dismiss, said Motion to Dismiss shall be noticed for presentment on June 26, 2008, at 9:30 a.m.

Date: __MAY 6, 2008__   __Robert W. Gettleman__
Honorable Robert W. Gettleman
United States District Judge