**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NORFOLK COUNTY RETIREMENT SYSTEM and PLUMBERS LOCAL UNION 519 PENSION TRUST, individually and on behalf of all others similarly situated,** | ) ) ) ) ) | **Case No. 07-cv-07014** |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Judge Robert W. Gettleman** |
| **DANIEL C. USTIAN, ROBERT C. LANNERT, MARK T. SCHWETSCHENAU, NAVISTAR INTERNATIONAL CORPORATION, and DELOITTE & TOUCHE LLP,** | ) ) ) ) ) ) ) | **Magistrate Judge Nan R. Nolan** |
| **Defendants.** | ) | |

**NAVISTAR DEFENDANTS' MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B) THE COURT'S ORDER DENYING NAVISTAR DEFENDANTS' MOTION TO DISMISS**

For the reasons set forth more fully in the memorandum of law being submitted herewith, Defendants Daniel C. Ustian, Robert C. Lannert, Mark T. Schwetschenau and Navistar International Corporation ("Navistar Defendants") hereby move this Court for an order certifying for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) the Court's order denying the Navistar Defendants' motion to dismiss. Specifically, Navistar Defendants respectfully request that the Court certify the following issue for interlocutory review:

> **Whether a plaintiff alleging an efficient market and a fraud-on-the-market claim must plead that a significant stock decline occurred "promptly" after the "truth" is publicly revealed to the market?**

Navistar Defendants further request whatever other relief the Court deems appropriate.

Dated:  August 17, 2009

Respectfully submitted,

/s/Sean M. Berkowitz
One of the Attorneys for Defendants
Navistar International Corporation,
Daniel C. Ustian, and Robert C. Lannert

Laurence H. Levine
Maaike S. Almeida
LAURENCE H. LEVINE LAW OFFICES
190 South LaSalle Street, Suite 3120
Chicago, Illinois 60603
Phone: (312) 291-7000
Fax: (312) 291-7015

Sean M. Berkowitz
Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
Matthew L. Kutcher
Robert C. Levels
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

s/Patrick S. Coffey
One of the Attorneys for Defendant
Mark T. Schwetschenau

Patrick S. Coffey
Timothy M. Maggio
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 443-0700
Fax: (312) 896-6702