IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM and PLUMBERS LOCAL UNION 519 PENSION TRUST, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>DANIEL C. USTIAN, ROBERT C. LANNERT, MARK T. SCHWETSCHENAU, NAVISTAR INTERNATIONAL CORPORATION, and DELOITTE & TOUCHE LLP,<br><br>    Defendants. | Case No. 07-cv-07014<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 27, 2009, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before The Honorable Judge Robert W. Gettleman, or any judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and will then and there present NAVISTAR DEFENDANTS' MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B) THE COURT'S ORDER DENYING NAVISTAR DEFENDANTS' MOTION TO DISMISS, a copy of which is enclosed herewith.

Dated: August 17, 2009

Respectfully submitted,

/s/Sean M. Berkowitz
One of the Attorneys for Defendants
Navistar International Corporation,
Daniel C. Ustian, and Robert C. Lannert

Laurence H. Levine
Maaike S. Almeida
LAURENCE H. LEVINE LAW OFFICES
190 South LaSalle Street, Suite 3120
Chicago, Illinois 60603
Phone: (312) 291-7000
Fax: (312) 291-7015

Sean M. Berkowitz
Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
Matthew L. Kutcher
Robert C. Levels
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767