# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7014 | **DATE** | 8/27/2009 |
| **CASE TITLE** | Norfolk County Retirement System v Daniel Ustian | | |

**DOCKET ENTRY TEXT:**

Navistar defendants' motion [97] to certify for interlocutory appeal is denied.
Defendants are given an extension of time to 9/28/2009 to answer the complaint.

[Docketing to mail notice]

00:10

| | Courtroom Deputy | GDS |
|---|---|---|