# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Norfolk County Retirement System, et al.

                                Plaintiff,

v.                                                       Case No.: 1:07–cv–07014

                                                                Honorable Robert W. Gettleman

Daniel C. Ustian, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 2, 2009:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion for reconsideration [134] is denied. Motion hearing held on 12/2/2009 regarding motion for reconsideration [134]. Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.