**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM and BROCKTON CONTRIBUTORY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL C. USTIAN, ROBERT C. LANNERT, MARK T. SCHWETSCHENAU, NAVISTAR INTERNATIONAL CORPORATION, and DELOITTE & TOUCHE LLP,<br><br>    Defendant. | Case No. 07-cv-07014<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Nan R. Nolan |

**LEAD PLAINTIFFS' MOTION TO COMPEL PRODUCTION
OF DOCUMENTS FROM DEFENDANTS**

To: All Counsel of Record per attached
   Certificate of Service

**PLEASE TAKE NOTICE** that on Wednesday, December 16, 2009, at 10:00 a.m., Lead Plaintiffs, Norfolk County Retirement System and Plumbers Local Union 519 Pension Trust, shall appear before the Honorable Nan R. Nolan, or any judge sitting in her stead, in Courtroom 1858 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present this Motion to Compel Defendants to:

  a. Produce materials responsive to Document Request Nos. 3-36, 48, 52, 56 and 57 (documents related to loss causation issues), subject to the clarification in Lead Plaintiffs' November 24, 2009 letter, attached to the accompanying Memorandum of Law as Exhibit H;

b.  Produce materials responsive to Document Request Nos. 37 and 38 (documents requested by the SEC and produced by Defendants to the SEC); and

c.  Complete production of the documents Defendants have agreed to, but have failed to, produce (Defendants have agreed to produce documents responsive to Document Request Nos. 44, 45, 53, 54, 55, 59, 60 and 61).

In support of this Motion, Lead Plaintiffs submit the accompanying Memorandum of Law (with Exhibits).

**LOCAL RULE 37.2: STATEMENT OF EFFORTS TO REACH AN ACCORD**

In accordance with the requirements of Local Rule 37.2 of United States District Court for the Northern District of Illinois, counsel for Lead Plaintiffs has conferred on numerous occasions with counsel for Defendants, through in-person consultation, oral communications and written correspondence, in an attempt to resolve the subjects of this Motion (described more fully in the Memorandum of Law accompanying this Motion).

The Parties conducted two in-person consultations at the offices of Robinson Curley & Clayton, P.C., with some participants engaged telephonically. Counsel for each of the parties involved in this litigation, other than counsel for Deloitte & Touche USA LLP, were present. The first consultation occurred on October 15, 2009, on or about 1:30 p.m. CT. The second consultation occurred on November 17, 2009, on or about 3:00 p.m. CT. During these consultations, and after additional communications, counsel for the Parties were not able to resolve the subjects of this Motion by agreement.

Respectfully submitted,

**NORFOLK COUNTY RETIREMENT SYSTEM AND PLUMBERS LOCAL UNION 519 PENSION TRUST**

Dated:  December 9, 2009                          */s/*James A. Harrod
                                                  One of Their Attorneys

ROBINSON CURLEY & CLAYTON, P.C.
C. PHILIP CURLEY
FAY CLAYTON
ALEEZA M. STRUBEL
300 South Wacker Drive, Suite 1700
Chicago, IL  60606
Telephone:  312/663-3100
312/663-0303 (fax)

*Plaintiffs' Liaison Counsel*

WOLF POPPER LLP
LESTER L. LEVY
JAMES A. HARROD
ROBERT S. PLOSKY
845 Third Avenue
New York, NY  10022
Telephone:  212/759-4600
212/486-2093 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JACK REISE
DOUGLAS WILENS
ELIZABETH A. SHONSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

*Co-Lead Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Robert Plosky, an attorney, hereby certify that on December 9, 2009, I caused to be served on the following parties a copy of **Lead Plaintiffs' Notice of Motion To Compel Production of Documents**, through the Court's ECF system:

Sean M. Berkowitz
Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
B. John Casey
Matthew L. Kutcher
**LATHAM & WATKINS LLP**
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-7700 – Telephone
(312) 993-9767 – Facsimile
sean.berkowitz@lw.com
cary.perlman@lw.com
mark.mester@lw.com
robin.hulshizer@lw.com
john.casey@lw.com
matthew.kutcher@lw.com

*Counsel for Defendants Daniel C. Ustian, Robert C. Lannert, Navistar International Corporation*

Laurence H. Levine
Maaike S. Almeida
**LAW OFFICES OF LAURENCE H. LEVINE**
190 South LaSalle Street, Suite 3120
Chicago, Illinois 60603
(312) 291-7000 – Telephone
(312) 291-7015 – Facsimile
laurence.levine@lhlevine.com
maaike.almeida@lhlevine.com

*Counsel for Defendants Daniel C. Ustian, Robert C. Lannert, Navistar International Corporation*

Patrick S. Coffey
Timothy Maggio
**LOCKE LORD BISSELL & LIDDELL LLP**
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0700 – Telephone
(312) 896-6702 – Facsimile
pcoffey@lordbissell.com
tmaggio@lordbissell.com

*Counsel for Defendant Mark T. Schwetschenau*

Jonathan C. Medow
James E. Barz
**MAYER BROWN ROWE & MAW LLP**
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0060 – Telephone
(312) 701-7711 – Facsimile
jmeadow@mayerbrownrowe.com
jbarz@mayerbrownrowe.com

*Counsel for Defendant Deloitte & Touche USA LLP*

　　　　　　　　*/s/* Robert Plosky